UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOROTHY LITZLER-RIEBOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14-CV-1451-JAR |
| ) | |
| DELBERT SERVICES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Stay Pending Arbitration (Doc. 11). Plaintiff indicates that she has elected to consent to arbitration, so long as Defendant abides by the agreement and pays all costs and expenses of the arbitration. Plaintiff requests that the Court stay the instant proceedings pending the resolution of the arbitration. Defendant has not responded to Plaintiff's motion. Having considered the motion and being duly advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay (Doc. 11) is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **STAYED** pending arbitration, and the parties must provide a joint status report regarding the progress of the arbitration no later than **January 21, 2015**, every ninety (90) days thereafter, and at the conclusion of the arbitration.

Dated this 23rd day of October, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE